IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KELPHALA SESSAY
.                                             :          CIVIL ACTION
                                              :
            vs.                               :
                                              :
SOUTHEASTERN PENNSYLVANIA                     :          NO.  04-4689
TRANSPORTATION AUTHORITY
("SEPTA")

O R D E R

**AND NOW, TO WIT:** This      14TH      day of   September, 2005,
it having been reported that the issues between the parties in the above action has been settled
and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of
Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to
agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

                              S/Marie O'Donnell
                **BY:**_____
                              Marie O'Donnell
                              Deputy Clerk

Civ 2 (8/2000)
41(b).frm

 COPIES VIA ECF ON    TO:    COPIES VIA U.S. MAIL ON    TO: